**BAYCHAR, INC. and Baychar Holdings LLC, Plaintiffs– Appellants,**

v.

**BURTON CORPORATION, Deckers Outdoor Corporation, and Nordica USA Corp., Defendants–Appellees.**

No. 2008–1053.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2008.

John W. Kepler, III, and Daniel T. Simpson, Jr., Gallop, Johnson & Neuman, LC, of St. Louis, MO, argued for plaintiffs-appellants.

James E. Hartley, Holland & Hart LLP, of Denver, CO, argued for defendants-appellees. With him on the brief was Donald A. Degnan, of Boulder, CO.

Before MAYER and LINN, Circuit Judges and ILLSTON, District Judge.*

* Honorable Susan Yvonne Illston, United States District Court for the District of Northern California, sitting by designation.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.